UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>Nievez v. Meta et al.<br><br>Member Case No.: | **MASTER SHORT-FORM COMPLAINT AND DEMAND FOR JURY TRIAL** |

The Plaintiff(s) named below file(s) this *Short-Form Complaint and Demand for Jury Trial* against the Defendants named below by and through the undersigned counsel. Plaintiff(s) incorporate(s) by reference the allegations, claims, and relief sought in *Plaintiffs' Master Complaint (Personal Injury) ("Master Complaint")* as it relates to the named Defendants (checked-off below), filed in *In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation,* MDL No. 3047 in the United States District Court for the Northern District of California. Plaintiff(s) file(s) this *Short-Form Complaint* as permitted by Case Management Order No. 7.

As necessary herein, Plaintiff(s) may include: (a) additional Causes of Action and supporting allegations against Defendants, as set forth in paragraph 11 in additional sheets attached hereto; and/or (b) additional claims and allegations against other Defendants not listed in the *Master Complaint*, as set forth in paragraph 7 (see n. 18) and may attach additional sheets hereto.

Plaintiff(s) indicate by checking boxes below the Parties and Causes of Actions specific to Plaintiff(s)' case.

Plaintiff(s), by and through their undersigned counsel, allege as follows:

## I. DESIGNATED FORUM

1. *For Direct Filed Cases:* Identify the Federal District Court in which the Plaintiff(s) would have filed in the absence of direct filing:

United States District Court of Colorado

2. *For Transferred Cases:* Identify the Federal District Court in which the Plaintiff(s) originally filed and the date of filing:

United States District Court of Minnesota                03/24/2026

## II. IDENTIFICATION OF PARTIES

### A. PLAINTIFF

3. *Plaintiff:* Name of the individual injured due to use of Defendant(s)' social media products:

Ricardo Nievez

4. Age at time of filing: ____30____

5. City(ies) and state(s) where Plaintiff primarily used Defendants' platforms:

Colorado

6. Last Name and State of Residence of *Guardian Ad Litem*, if applicable:

Not applicable

7. Name of the individual(s) that allege damages for loss of society or consortium (*Consortium Plaintiff(s)*) and their relationship to Plaintiff, if applicable:

Not applicable

8. *Survival and/or Wrongful Death Claims, if applicable*:

    (a)    Name of decedent and state of residence at time of death:

    (b)    Date of decedent's death:

    (c)    Name and capacity (*i.e.* executor, administrator, etc.) of Plaintiff(s) bringing claim for decedent's wrongful death:

- 2 -

9. At the time of the filing of this *Short-Form Complaint*, Plaintiff(s) are residents and citizens of [*Indicate State*]:

Colorado

**B.    DEFENDANT(S)**

10. Plaintiff(s) name(s) the following Defendants in this action [*Check all that apply*]:

| **META ENTITIES** | **TIKTOK ENTITIES** |
|---|---|
| [x] META PLATFORMS, INC., *formerly known as* Facebook, Inc. | [ ] BYTEDANCE, LTD |
| | [ ] BYTEDANCE, INC |
| [x] INSTAGRAM, LLC | [ ] TIKTOK, LTD. |
| [x] FACEBOOK PAYMENTS, INC. | [ ] TIKTOK, LLC. |
| [x] SICULUS, INC. | [ ] TIKTOK, INC. |
| [x] FACEBOOK OPERATIONS, LLC | |

| **SNAP ENTITY** | **GOOGLE ENTITIES** |
|---|---|
| [ ] SNAP INC. | [ ] GOOGLE LLC |
| | [ ] YOUTUBE, LLC |

**OTHER DEFENDANTS**

For each "Other Defendant" Plaintiff(s) contend(s) are additional parties and are liable or responsible for Plaintiff(s) damages alleged herein, Plaintiffs must identify by name each Defendant and its citizenship, and Plaintiff(s) must plead the specific facts supporting any claim against each "Other Defendant" in a manner complying with the requirements of the Federal Rules of Civil Procedure. In doing so, Plaintiff(s) may attach additional pages to this *Short-Form Complaint*.

| | **NAME** | **CITIZENSHIP** |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

- 3 -

## C.    PRODUCT USE

11. Plaintiff used the following Social Media Products that substantially contributed to their injury/ies (check all that apply, and identify approximate dates of use, to the best of Plaintiff's recollection):

[x] FACEBOOK

Approximate dates of use: __2007__ to __Present__

[x] INSTAGRAM

Approximate dates of use: __2011__ to __Present__

[ ] SNAPCHAT

Approximate dates of use: _____ to _____

[ ] TIKTOK

Approximate dates of use: _____ to _____

[ ] YOUTUBE

Approximate dates of use: _____ to _____

[ ] OTHER:

| Social Media Product(s) Used | Approximate Dates of Use |
|---|---|
| | |
| | |
| | |
| | |

- 4 -

**D.    PERSONAL INJURY**[1]

12.   Plaintiff(s) experienced the following personal injury/ies alleged to have been caused by Defendant(s)' Social Media Products [*Check all that apply*]:

[x] **ADDICTION/COMPULSIVE USE**

[ ] **EATING DISORDER**

    [ ] Anorexia

    [ ] Bulimia

    [ ] Binge Eating

    [ ] Other: _____

[x] **DEPRESSION**

[x] **ANXIETY**

[ ] **SELF-HARM**

    [ ] Suicidality

    [ ] Attempted Suicide

    [ ] Death by Suicide

    [ ] Other Self-Harm: _____

[ ] **CHILD SEX ABUSE**

[ ] **CSAM VIOLATIONS**

[ ] **OTHER PHYSICAL INJURIES (SPECIFY):**

_____

_____

_____

_____

_____

_____

---

[1] Plaintiff(s) must check-off all injuries allegedly caused by Plaintiff's use of Defendant(s)' Social Media Products. Plaintiff is not required to plead here emotional or psychological injuries inherent in injuries otherwise identified, or all manifestations of the injury alleged which will be inquired into as part of the Plaintiff's Fact Sheet ("PFS"). This *Short-Form Complaint* assumes that emotional and psychological injuries are asserted by Plaintiff in connection with any injury otherwise identified.

MASTER SHORT-FORM COMPLAINT
CASE NO. 4:22-MD-03047-YGR

## V.   CAUSES OF ACTION ASSERTED

13.   The following Causes of Action asserted in the *Master Complaint,* and the allegations with regard thereto, are adopted in this *Short Form Complaint* by reference (*check all that are adopted*):

| Asserted Against[2] | Count Number | Cause of Action (CoA) |
|---|---|---|
| [x] Meta entities<br>[ ] Snap entity<br>[ ] TikTok entities<br>[ ] Google entities<br>[ ] Other Defendant(s)<br>##_____[3] | 1 | STRICT LIABILITY - DESIGN DEFECT |
| [x] Meta entities<br>[ ] Snap entity<br>[ ] TikTok entities<br>[ ] Google entities<br>[ ] Other Defendant(s)<br>##_____ | 2 | STRICT LIABILITY - FAILURE TO WARN |
| [x] Meta entities<br>[ ] Snap entity<br>[ ] TikTok entities<br>[ ] Google entities<br>[ ] Other Defendant(s)<br>##_____ | 3 | NEGLIGENCE - DESIGN |
| [x] Meta entities<br>[ ] Snap entity<br>[ ] TikTok entities<br>[ ] Google entities<br>[ ] Other Defendant(s)<br>##_____ | 4 | NEGLIGENCE – FAILURE TO WARN |
| [x] Meta entities<br>[ ] Snap entity<br>[ ] TikTok entities<br>[ ] Google entities<br>[ ] Other Defendant(s)<br>##_____ | 5 | NEGLIGENCE |

---

[2] For purposes of this paragraph, "entity" means those defendants identified in Paragraph 7 (*e.g.*, "TikTok entities" means all TikTok defendants against which Plaintiff(s) is asserting claims).

[3] Reference selected Other Defendants by the corresponding row number in the "Other Defendant(s)" chart above, in Question 7.

MASTER SHORT-FORM COMPLAINT
CASE NO. 4:22-MD-03047-YGR

| | | |
|---|---|---|
| [x] Meta entities<br>[ ] Snap entity<br>[ ] TikTok entities<br>[ ] Google entities<br>[ ] Other Defendant(s)<br>##_____ | 6 | NEGLIGENT UNDERTAKING |
| [x] Meta entities<br>[ ] Snap entity<br>[ ] TikTok entities<br>[ ] Google entities<br>[ ] Other Defendant(s)<br>##_____ | 7 | VIOLATION OF UNFAIR TRADE PRACTICES/CONSUMER PROTECTION LAWS<br><br>*Identify Applicable State Statute(s)*: _____<br><br>_____ |
| [x] Meta entities<br>[ ] Other Defendant(s)<br>##_____ | 8 | FRAUDULENT CONCEALMENT AND MISREPRESENTATION (Against Meta only) |
| [x] Meta entities<br>[ ] Other Defendant(s)<br>##_____ | 9 | NEGLIGENT CONCEALMENT AND MISREPRESENTATION (Against Meta only) |
| [x] Meta entities<br>[ ] Snap entity<br>[ ] TikTok entities<br>[ ] Google entities<br>[ ] Other Defendant(s)<br>##_____ | 10 | NEGLIGENCE *PER SE* |
| [ ] Meta entities<br>[ ] Snap entity<br>[ ] TikTok entities<br>[ ] Google entities<br>[ ] Other Defendant(s)<br>##_____ | 11 | VIOLATIONS OF 18 U.S.C. §§ 1595 and 1591 (Civil Remedy for Sex trafficking of children or by force, fraud, or coercion) |
| [ ] Meta entities<br>[ ] Snap entity<br>[ ] TikTok entities<br>[ ] Google entities<br>[ ] Other Defendant(s)<br>##_____ | 12 | VIOLATIONS OF 18 U.S.C. §§ 2255 and 2252 (Civil remedy Certain activities relating to material involving the sexual exploitation of minors) |
| [ ] Meta entities<br>[ ] Snap entity<br>[ ] TikTok entities<br>[ ] Google entities<br>[ ] Other Defendant(s)<br>##_____ | 13 | VIOLATIONS OF 18 U.S.C. §§ 2252A(f), 1466A (Civil remedy for Certain activities relating to material constituting or containing child pornography) |

| | | |
|---|---|---|
| ☐ Meta entities<br>☐ Snap entity<br>☐ TikTok entities<br>☐ Google entities<br>☐ Other Defendant(s)<br>##_____ | 14 | VIOLATIONS OF 18 U.S.C. §§ 2255 and 2252A(5)(b) (Civil remedy for Certain activities relating to material constituting or containing child pornography) |
| ☐ Meta entities<br>☐ Snap entity<br>☐ TikTok entities<br>☐ Google entities<br>☐ Other Defendant(s)<br>##_____ | 15 | VIOLATIONS OF 18 U.S.C. §§ 2258B and 2258A (Liability related to Reporting requirements of providers regarding online child sexual exploitation) |
| ☐ Meta entities<br>☐ Snap entity<br>☐ TikTok entities<br>☐ Google entities<br>☐ Other Defendant(s)<br>##_____ | 16 | WRONGFUL DEATH |
| ☐ Meta entities<br>☐ Snap entity<br>☐ TikTok entities<br>☐ Google entities<br>☐ Other Defendant(s)<br>##_____ | 17 | SURVIVAL ACTION |
| ☐ Meta entities<br>☐ Snap entity<br>☐ TikTok entities<br>☐ Google entities<br>☐ Other Defendant(s)<br>##_____ | 18 | LOSS OF CONSORTIUM AND SOCIETY |

## VI.    ADDITIONAL CAUSES OF ACTION

**NOTE**

If Plaintiff(s) wants to allege additional Cause(s) of Action other than those selected in paragraph 10, which are the Causes(s) of Action set forth in the *Master Complaint*, the facts supporting those additional Cause(s) of Action, must be pled in a manner complying with the requirements of the Federal Rules of Civil Procedure. In doing so, Plaintiff(s) may attach additional pages to this *Short-Form Complaint*.

14. Plaintiff(s) assert(s) the following additional Causes of Action and supporting allegations against the following Defendants:

|  |
|---|
|  |
|  |
|  |
|  |
|  |

**WHEREFORE**, Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the *Master Complaint*, and any additional relief to which Plaintiff(s) may be entitled.

## JURY DEMAND

Plaintiff(s) hereby demand a trial by jury as to all claims in this action.

\*\*\*\*

By signature below, Plaintiff's counsel hereby confirms their submission to the authority and jurisdiction of the United States District Court for the Northern District of California for oversight of counsel's duties under Federal Rule of Civil Procedure 11, including enforcement as necessary through sanctions and/or revocation of *pro hac vice* status.

Charles H. Johnson
Law Offices of Charles H. Johnson
2599 Mississippi Street
New Brighton, MN  55112
(651) 633-5685
bdehkes@charleshjohnsonlaw.com

*Attorneys for Plaintiff(s)*

MASTER SHORT-FORM COMPLAINT
CASE NO. 4:22-MD-03047-YGR